IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

    Plaintiff,                               20cv1539
                                                     LEAD CASE

        v.

MASTERBUILT MANUFACTURING, LLC,

    Defendant.

BLAIR DOUGLASS,

    Plaintiff,                               20cv1624
                                                     MEMBER CASE

        v.

ACER AMERICA CORPORATION,

    Defendant.
_____

BLAIR DOUGLASS,

    Plaintiff,                               20cv1650
                                                     MEMBER CASE

        v.

CREATIVE GENIUS, LLC,

    Defendant.

BLAIR DOUGLASS,

        Plaintiff,                          20cv1680
                                                MEMBER CASE

        v.

WELLPET LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                          20cv1681
                                                MEMBER CASE

        v.

COALISION USA INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                          20cv1682
                                                MEMBER CASE

        v.

AMB MEDIA, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                          20cv1689
                                                MEMBER CASE

        v.

NOMATIC, LLC,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                              20cv1696
                                                      MEMBER CASE

        v.

ZTE (USA) INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              20cv1702
                                                      MEMBER CASE

        v.

SHARP ELECTRONICS CORPORATION,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              20cv1712
                                                      MEMBER CASE

        v.

ORACLE CORPORATION,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              20cv1713
                                                      MEMBER CASE

        v.

PORSCHE CARS NORTH AMERICA, INC.,

        Defendant.

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 20cv1721 |
| | MEMBER CASE |
| v. | |
| HELIX SLEEP, INC., | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 20cv1722 |
| | MEMBER CASE |
| v. | |
| FRANKLIN/TEMPLETON DISTRIBUTORS, INC., | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 20cv1738 |
| | MEMBER CASE |
| v. | |
| GREATS BRAND INC., | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
| Plaintiff, | 20cv1739 |
| | MEMBER CASE |
| v. | |
| ADORAMA, INC., | |
| Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>NEUROHACKER COLLECTIVE, LLC,<br><br>            Defendant. | 20cv1757<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>FLEXIBLE JEWELRY LLC,<br><br>            Defendant. | 20cv1758<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>NEW VENTURE HOLDINGS, L.L.C.,<br><br>            Defendant. | 20cv1769<br>MEMBER CASE |
| BLAIR DOUGLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTIQUE FARM HOUSE, INC.,<br><br>            Defendant. | 20cv1770<br>MEMBER CASE |

BLAIR DOUGLASS,

        Plaintiff,                      20cv1782
                                                      MEMBER CASE

        v.

NATIONAL BUSINESS FURNITURE,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 20-1624, 20-1650, 20-1680, 20-1681, 20-1682, 20-1689, 20-1696, 20-1702, 20-1712, 20-1713, 20-1721, 20-1722, 20-1738, 20-1739, 20-1757, 20-1758, 20-1769, 20-1770, and 20-1782 are hereby consolidated with **Civil Action No. 20-1539**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-1539**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-1624, 20-1650, 20-1680, 20-1681, 20-1682, 20-1689, 20-1696, 20-1702, 20-1712, 20-1713, 20-1721, 20-1722, 20-1738, 20-1739, 20-1757, 20-1758, 20-1769, 20-1770, and 20-1782

                **SO ORDERED** this 20th day of November, 2020.

                s/Arthur J. Schwab
                Arthur J. Schwab
                United States District Judge